# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAYATON-KERRY THOMAS, | No. CV 17-7584-SJO (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JANE DOE, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that this action is dismissed without leave to amend and with prejudice for failure to prosecute and to follow court orders.

DATED: 6/12/18

*S. James Otero*
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE